**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

TRUSTEES OF THE SHEET METAL
WORKERS' LOCAL UNION NO. 28 FUNDS
AND PLANS et al.,

                         Plaintiffs,

-against-

SMS SHEET METAL INC. and M & S
MECHANICAL SERVICES INC.

                         Defendants.

------------------------------------x

<u>ORDER</u>

19 Civ. 374 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
        February 5, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge